ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4814
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN WILKS,<br><br>     Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.: 2:25-cv-02895-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended forty-five (45) days from January 29, 2026, up to and including March 16, 2026. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 45-day extension due to the backlog of work created by the extended lapse in appropriations. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on March 16, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 27, 2026                    ERIC GRANT
                                            United States Attorney

                          By      /s/  Marla K. Letellier
                                  MARLA K. LETELLIER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

Dated:  January 27, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

                          By      /s/  Francesco Benavides*
                                  (*as authorized via e-mail on January 27, 2026)
                                  FRANCESCO BENAVIDES
                                  Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 16, 2026, to file his Motion for Summary Judgment.

Dated:  January 30, 2026

                                  _____
                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE